**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Charter Healthcare of Tucson, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Amber Hospice, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2221782** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9660 Haven Ave.** **Rancho Cucamonga, CA 91730** Number, Street, City, State & ZIP Code | **6400 E. Grant Road** **Suite 150** **Tucson, AZ 85715** P.O. Box, Number, Street, City, State & ZIP Code |
| **San Bernardino** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.charterhcg.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Charter Healthcare of Tucson, LLC**      Case number *(if known)* _____
   Name

**7.** **Describe debtor's business** A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __**6216**__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor    **Charter Healthcare of Tucson, LLC**                                                    Case number (*if known*) _____
            Name

**10.** **Are any bankruptcy cases**            ☐ No
         **pending or being filed by a**
         **business partner or an**            ■ Yes.
         **affiliate of the debtor?**

List all cases. If more than 1,         Debtor    **See Rider 1** _____    Relationship    **Affiliate**
attach a separate list

                                        District    **Delaware** _____    When _____    Case number, if known _____

**11.** **Why is the case filed in**        *Check all that apply:*
         *this district?*
                                        ☐    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                        ■    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**        ■ No
         **have possession of any**
         **real property or personal**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
         **property that needs**
         **immediate attention?**                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                             What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____

                                        **Where is the property?** _____
                                                                  Number, Street, City, State & ZIP Code

                                        **Is the property insured?**

                                        ☐ No

                                        ☐ Yes.    Insurance agency _____

                                                  Contact name _____

                                                  Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of**        .    *Check one:*
         **available funds**
                                        ☐ Funds will be available for distribution to unsecured creditors.

                                        ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**        ☐ 1-49            ■ 1,000-5,000        ☐ 25,001-50,000
         **creditors**                 ☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
                                        ☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
                                        ☐ 200-999

**15.** **Estimated Assets**           ■ $0 - $50,000                ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                        ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                        ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                        ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor    **Charter Healthcare of Tucson, LLC**
          Name
Case number (*if known*) _____

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Charter Healthcare of Tucson, LLC**                          Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 26, 2024**
                MM / DD / YYYY

**X** **/s/ Cheryl Lovell**                                           **Cheryl Lovell**
Signature of authorized representative of debtor                      Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Laura Davis Jones**                          Date  **January 26, 2024**
Signature of attorney for debtor                               MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-4100**       Email address   **ljones@pszjlaw.com**

**2436 DE**
Bar number and State

**Rider 1 to Voluntary Petition**

On the date hereof, each of the affiliated entities listed below, including the Debtor in this Chapter 7 Case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 7 of title 11 of the United States Code.

1. CHARTER HEALTH CARE GROUP LLC

2. CHARTER HEALTH HOLDINGS, INC.

3. CHARTER HEALTHCARE OF ALBUQUERQUE, LLC

4. CHARTER HEALTHCARE OF DALLAS, LLC

5. CHARTER HEALTHCARE OF LAS VEGAS, LLC

6. CHARTER HEALTHCARE OF NORTHERN COLORADO, LLC

7. CHARTER HEALTHCARE OF ORANGE COUNTY, LLC

8. CHARTER HEALTHCARE OF PHOENIX, LLC

9. CHARTER HEALTHCARE OF RANCHO CUCAMONGA, LLC

10. CHARTER HEALTHCARE OF RIVERSIDE, LLC

11. CHARTER HEALTHCARE OF SAN ANTONIO, LLC

12. CHARTER HEALTHCARE OF TEXAS, LLC

13. CHARTER HEALTHCARE OF TUCSON, LLC

14. CHARTER HEALTHCARE OF WEST JORDAN, LLC

15. CHARTER HIGH DESERT HEALTH CARE GROUP, LLC

16. CHARTER HOME HEALTH OF HOUSTON, LLC

17. CHARTER HOME HEALTH OF OMAHA, LLC

18. CHARTER HOME HEALTH OF THE DESERT, LLC

19. CHARTER HOSPICE OF COLTON, LLC

20. CHARTER HOSPICE OF HOUSTON, LLC

21. CHARTER HOSPICE OF OMAHA, LLC

22. CHARTER HOSPICE OF SAN DIEGO, LLC

DE:4878-1405-9423.1 13824.00001

2

23. CHARTER HOSPICE OF THE DESERT, LLC

24. CHARTER HOSPICE OF THE SAN GABRIEL VALLEY, LLC

25. CHARTER HOSPICE, LLC

26. CHARTER MGMT, LLC

27. SUNRISE HOSPICE CARE INC.

DE:4878-1405-9423.1 13824.00001

**Omnibus Written Consent of the Sole Member of**
**Certain Subsidiaries of Charter Health Holdings, Inc.**

Effective as of January 26, 2024

The undersigned, being the sole member (the "**Sole Member**") of the following subsidiaries of Charter Health Holdings, Inc.: (i) CHARTER HOSPICE OF COLTON, LLC, a California limited liability company; (ii) CHARTER HIGH DESERT HEALTH CARE GROUP, LLC, a California limited liability company; (iii) CHARTER HOSPICE OF THE SAN GABRIEL VALLEY, LLC, a California limited liability company; (iv) CHARTER HOSPICE OF THE DESERT, LLC, a California limited liability company; (v) CHARTER HOSPICE, LLC., a California limited liability company; (vi) CHARTER HOSPICE OF SAN DIEGO, LLC, a California limited liability company; (vii) CHARTER HEALTHCARE OF RANCHO CUCAMONGA, LLC, a California limited liability company; (viii) CHARTER HEALTHCARE OF ORANGE COUNTY, LLC, a California limited liability company; (ix) CHARTER HEALTHCARE OF RIVERSIDE, LLC, a California limited liability company; (x) CHARTER HEALTHCARE OF LAS VEGAS, LLC, a Nevada limited liability company; (xi) CHARTER HEALTHCARE OF PHOENIX, LLC, an Arizona limited liability company; (xii) CHARTER HEALTH CARE GROUP LLC, a California limited liability company; (xiii) CHARTER HOME HEALTH OF THE DESERT, LLC, a California limited liability company; (xiv) CHARTER MGMT, LLC, a Delaware limited liability company; (xv) CHARTER HEALTHCARE OF TUCSON, LLC, an Arizona limited liability company; (xvi) CHARTER HEALTHCARE OF NORTHERN COLORADO, LLC, a Colorado limited liability company; (xvii) CHARTER HEALTHCARE OF WEST JORDAN, LLC, a Utah limited liability company; (xviii) CHARTER HEALTHCARE OF ALBUQUERQUE, LLC, a New Mexico limited liability company; (xix) CHARTER HOME HEALTH OF OMAHA, LLC, a Delaware limited liability company; (xx) CHARTER HOSPICE OF OMAHA, LLC, a Delaware limited liability company; (xxi) CHARTER HEALTHCARE OF DALLAS, LLC, a Texas limited liability company; (xxii) CHARTER HEALTHCARE OF SAN ANTONIO, LLC, a Texas limited liability company; (xxiii) CHARTER HOME HEALTH OF HOUSTON, LLC, a Delaware limited liability company; (xxiv) CHARTER HOSPICE OF HOUSTON, LLC, a Delaware limited liability company; and (xxv) CHARTER HEALTHCARE OF TEXAS, LLC, a Texas limited liability company (each individually a "**Company**" and together, the "**Companies**"), pursuant to laws of the respective states of incorporation of each Company, do hereby consent to the adoption of the resolutions set forth below, and directs that this Omnibus Written Consent be filed in the records of each Company.

**WHEREAS**, the Sole Member has considered the financial and operational conditions of each Company's business; and

**WHEREAS**, the Sole Member has determined to its reasonable satisfaction that the value of each Company's assets is insufficient to satisfy the liabilities of each Company; and

**RESOLVED, THEREFORE**, that in the business judgment of the Sole Member after consideration of the alternatives presented to it and the recommendations of senior management

DE:4853-6934-5180.3 13824.00001

of the Companies and the advice of the Companies' professionals and advisors that it is in the best interests of each Company, its creditors, members and other interested parties, that a voluntary petition be filed by each Company under the provisions of Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is

**FURTHER RESOLVED**, that the officers of each Company (the "**Officers**") be, and they hereby are, authorized to execute and file on behalf of the Companies all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief; and it is

**FURTHER RESOLVED**, that the Officers be, and they hereby are, authorized and directed to employ the law firm of Pachulski, Stang, Ziehl & Jones LLP as general bankruptcy counsel to the Companies to represent and assist the Companies in filings under Chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Officers are authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Officers prior to the date hereof in connection with the possible reorganization and/or liquidation of the Companies or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned has executed this Omnibus Written Consent as of the date first written above.

**Charter Health Holdings, Inc., sole member**

By: _____
Name: Cheryl Lovell
Title:   Chief Executive Officer

*[SIGNATURE PAGE TO OMNIBUS WRITTEN CONSENT OF THE SOLE MEMBER OF CERTAIN SUBSIDIARIES OF CHARTER HEALTH HOLDINGS, INC.]*

2

# United States Bankruptcy Court
## District of Delaware

In re    **Charter Healthcare of Tucson, LLC**                                    Case No.

Debtor(s)                                                  Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned agent for   **Charter Healthcare of Tucson, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Charter Health Holdings, Inc.**
**9660 Haven Ave.**
**Rancho Cucamonga, CA 91730**

☐ None [*Check if applicable*]

**January 26, 2024**                                    **/s/ Cheryl Lovell**

Date                                                      **Cheryl Lovell**

Signature of Authorized Agent

Agent for       **Charter Healthcare of Tucson, LLC**

**9660 Haven Ave.**
**Rancho Cucamonga, CA 91730**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    **Charter Healthcare of Tucson, LLC**                                                    Case No. _____
                                                    Debtor(s)                Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $    **225,000.00**

    Prior to the filing of this statement I have received _____    $    **225,000.00**

    Balance Due _____    $    **0.00**

2.    $___**338.00**___ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):    **Charter MGMT, Inc. on behalf of itself and its Debtor affiliates. Charter MGMT, Inc. also paid the filing fees on behalf of itself and its Debtor affiliates ($8,788.00).**

4.    The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  [Other provisions as needed]
        **Represent the Debtor at any initial debtor interview and meeting of creditors under section 341 of the Bankruptcy Code.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **(a) Representation of the Debtor's  officers,  directors, or other employees or agents,  (b) Representation of the Debtor in any matter,  adversary proceeding, or other claim filed or asserted  by the Debtor or a party in a chapter 7 case of the Debtor, (c) Representation of the Debtor on issues of non-bankruptcy law, or the provision of substantive legal advice outside  the insolvency  area, unless we agree to represent the Debtor in such matters, and (d) advice or representation regarding  matters  of taxation, labor, securities, ERISA,  probate/estate planning, criminal,  or other non-bankruptcy or non-debtor/creditor specialties of the law.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 26, 2024**                                    **/s/ Laura Davis Jones**
*Date*                                            **Laura Davis Jones**
                                            *Signature of Attorney*
                                            **Pachulski Stang Ziehl & Jones LLP**
                                            **919 North Market Street**
                                            **17th Floor**
                                            **Wilmington, DE 19801**
                                            **302-652-4100  Fax: 302-652-4400**
                                            **ljones@pszjlaw.com**
                                            *Name of law firm*